IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY ENGELKING,

    Plaintiff,

v.

LABOR AND INDUSTRY REVIEW
COMMISSION, EAU CLAIRE HEARING
OFFICE, STATE OF WISCONSIN
DEPARTMENT OF WORKFORCE
DEVELOPMENT, AMERICAN RECOVERY
AND REINVESTMENT ACT, and,
UNITED STATES DEPARTMENT
OF LABOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-314-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) granting defendants United States Department of Labor's and American Recovery and Reinvestment Act's motion to dismiss. These defendants are dismissed from this case; and

    (2) remanding this case against defendants Labor and Industry Review Commission, State of Wisconsin - Department of Workforce Development and the Eau Claire Hearing Office to Douglas County Circuit Court.

| /s/ | 8/07/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |